IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00451-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BRYAN NEAR,

    Defendant.

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NOS. 64 and 65

The United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Valeria Spencer, respectfully moves to restrict Document Nos. 64 and 65, and any order revealing the contents of these documents, for the reasons stated in the restricted brief filed in support of this motion [document no. 64]. The United States requests a "Level 2" Restriction, which will limit the restricted access to the applicable parties.

Dated this 14th day of December 2020.

                Respectfully submitted,

                JASON R. DUNN
                United States Attorney

By:   s/Valeria N. Spencer
       VALERIA N. SPENCER
       Assistant U.S. Attorney
       U.S. Attorney's Office
       1801 California Street, #1600
       Denver, CO 80202
       Telephone: 303-454-0100
       Fax:   303-454-0401
       E-mail:   Valeria.Spencer@usdoj.gov
       Attorney for Government

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 14th day of December 2020, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NOS. 64 and 65** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

               *s/Valeria Spencer*
               VALERIA SPENCER
               Assistant U.S. Attorney
               United States Attorney's Office
               1801 California Street, Suite 1600
               Denver, CO 80202
               Phone: (303) 454-0100
               Email: valeria.spencer@usdoj.gov