IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA
PLAINTIFF

v.

BRYAN JAMES NEAR
DEFENDANT

CASE NO. 18-CR-00451 CMA

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 21 2020
JEFFREY P. COLWELL
CLERK

REQUEST FOR REPLACEMENT COPY
OF MAILING RESPONSE TO
MOTION TO REDUCE SENTENCE

PLEASE RESEND THE PREVIOUS MAILING AND RESPONSE TO MY MOTION TO REDUCE SENTENCE.

THE LETTER ARRIVED ON DECEMBER 7TH OPENED BY THE MAILROOM AT FCI-ENGLEWOOD AND MISSING CONTENTS. THE ENVELOPE WAS OPENED WHEN GIVEN TO ME AND HAD A SINGLE SHEET OF PAPER THAT REFERENCED ANOTHER INMATE AND CASE.

The unit officer took the letter back and confirmed the letter was not for me the inmate on the front of the envelope.

Neither the mailroom or the unit officer have located the correct letter or returned the envelope (empty) to me.

I am concerned that my legal mail was opened and that the information therein not present.

Thank you for your help

Respectfully submitted this 10th of December 2020.

*Bryan J. Near*

BRYAN JAMES NEAR

Bryan Near
44438-013
FCI - Englewood
9595 N. Quincy Ave
Littleton, CO 80123

United States Courthouse
901 19th Street 2nd Floor
Denver, CO 80294

